IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL McCUNE,

     Plaintiff,                  NO. CIV S-10-2207 FCD GGH PS

    vs.                         <u>ORDER</u>

SATNAM SINGH,

     Defendant.
_____/

       On February 10, 2011, defendant filed an answer to the complaint. Within thirty days, the parties shall confer in person about the automatic disclosures required by Fed. R. Civ. P. 26. Thereafter, within 14 days, the parties shall submit a joint status report. The report should briefly describe the case and address:

       a.  Possible joinder of additional parties;

       b.  Expected or desired amendment of pleadings;

       c.  Jurisdiction and venue;

       d.  Anticipated motions and their scheduling;

       e.  The report required by Rule 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

       f.  Cut-off dates for discovery and law and motion, and dates for pretrial

1

conference and trial;

   g.  Special procedures, if any;

   h.  Estimated trial time;

   i.  Modification of standard pretrial procedures due to the simplicity or complexity of the proceedings;

   j.  Whether the case is related to any other case, including bankruptcy;

   k.  Whether a settlement conference should be scheduled;

   l.  Any other matters that may add to the just and expeditious disposition of this matter.

   Upon reviewing the joint status report, the Court may issue a scheduling order or set a status conference.  Failing to obey federal or local rules, or orders of this court, may result in dismissal of this action.  Even though the court will construe pro se pleadings liberally, pro se litigants must comply with the procedural rules.

DATED: March 3, 2011      /s/ Gregory G. Hollows

             UNITED STATES MAGISTRATE JUDGE

mccune2207.sch