IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL McCUNE,

    Plaintiff,                    No. CIV S-10-2207 FCD GGH PS

    vs.

SATNAM SINGH,

    Defendant.                  ORDER

_____/

    Plaintiff's motion to amend the complaint presently is calendared for hearing on June 2, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

    Accordingly, IT IS ORDERED that:

    1. The June 2, 2011 hearing on the motion to amend, filed April 28, 2011, is vacated; and

    2. The motion is submitted on the record.

DATED: May 27, 2011                    /s/ Gregory G. Hollows

                                          U. S. MAGISTRATE JUDGE

GGH:076:McCune2207.vac.wpd