IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL McCUNE,

      Plaintiff,               NO. CIV S-10-2207 FCD GGH PS

   vs.

SATNAM SINGH,

      Defendant.             <u>ORDER</u>

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). On June 13, 2011, the scheduling order directed defendant to file an answer to the amended complaint within 28 days of the order.  Defendant has not filed an answer to the amended complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        Defendant shall show cause, in writing, within fourteen (14) days from the date of this order, why an answer has not been filed, or he shall file an answer.  Failure to comply with this order will result in sanctions, including the possibility of default.

DATED: September 16, 2011

                                                /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE

GGH:076/mccune2207.osc