1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL McCUNE,

     Plaintiff,                       No. CIV S-10-2207 FCD GGH PS

     vs.

SATNAM SINGH,                       ORDER

     Defendants.
_____/

     By scheduling order of June 13, 2011, plaintiff's motion to amend was granted, and defendant was directed to file an answer to the amended complaint within twenty-eight days. On June 20, 2011, plaintiff filed an amended complaint. Defendant did file a response. On September 19, 2011, this court issued an order to show cause for defendant's failure to file an answer. Defendant was warned at that time that failure to comply with the order would "result in sanctions, including the possibility of default." Defendant has not responded to that order.

     Accordingly, IT IS ORDERED that within twenty-eight days of this order, plaintiff shall move for entry of default against defendant, and proceed with the filing of a default

\\\\
\\\\
\\\\

1

1  judgment motion within twenty-eight days after default has been entered by the Clerk.  Failure to
2  comply with this order will result in a recommendation that the action be dismissed.
3  DATED: November 17, 2011

          /s/ Gregory G. Hollows
      UNITED STATES MAGISTRATE JUDGE

5  GGH:076
   McCune2207.def.wpd