LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McCUNE,<br><br>    Plaintiff,<br><br>    vs.<br><br>SATNAM SINGH,<br><br>    Defendant.<br>_____/ | Case No.  2:10-cv-02207-JAM-GGH<br><br>**AMENDED ENTRY OF JUDGMENT** |

On November 16, 2012, this Court granted Plaintiff Michael McCune's unopposed Motion for Summary Judgment and entered judgment in favor of Plaintiff Michael McCune and against defendant Satnam Singh in the amount of $16,000.00.

Plaintiff Michael McCune's unopposed Motion for Attorney's Fees came before the Court on April 15, 2013.  The Court finds that Plaintiff is the prevailing party within the meaning of 42 U.S.C. §12205 and Cal. Civil Code § 55.  The Court also finds that the hourly rates, work performed, and costs incurred, as described in Plaintiff's moving papers are reasonable.  Plaintiff's Motion is therefore GRANTED and Plaintiff is awarded $39,177.73 in attorney's fees, litigation expenses and costs.

AMENDED JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Michael McCune and against Defendant Satnam Singh in the total amount of $55,177.73.

IT IS SO ORDERED.

Dated:  April 19, 2013         /s/ John A. Mendez_____
                                HONORABLE JOHN A. MENDEZ
                                United States District Court Judge